```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 15608
    SANDRA D BLAKELY
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

         Debtor
    SSN XXX-XX-6476

-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
       The case was filed on 08/28/2007 and was confirmed 10/11/2007.

       The plan was confirmed to pay secured creditors 100% and unsecured
    creditors  19.00%.

       The case was dismissed after confirmation 09/04/2008.
-------------------------------------------------------------------------------
    CREDITOR NAME              CLASS         CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                                PAID           PAID
-------------------------------------------------------------------------------
    BALABAN FURNITURE          SECURED           142.84          .00           142.84
    ASSET ACCEPTANCE LLC       UNSECURED      NOT FILED          .00              .00
    COMCAST                    UNSECURED      NOT FILED          .00              .00
    COMMONWEALTH EDISON        UNSECURED        1063.56          .00              .00
    CONSUMER PORTFOLIO SERV    UNSECURED        7836.47          .00              .00
    IQ TELECOM INC             UNSECURED      NOT FILED          .00              .00
    K MART                     UNSECURED      NOT FILED          .00              .00
    NEW MILLENIUM COMMUNICAT   UNSECURED      NOT FILED          .00              .00
    NICOR GAS                  UNSECURED      NOT FILED          .00              .00
    SPRINT BANKRUPTCY          UNSECURED         317.62          .00              .00
    DEPENDON COLLECTION        UNSECURED      NOT FILED          .00              .00
    TCF NATIONAL BANK          UNSECURED      NOT FILED          .00              .00
    TRACE AMBULANCE            UNSECURED      NOT FILED          .00              .00
    Z TEL                      UNSECURED      NOT FILED          .00              .00
    BALABAN FURNITURE          UNSECURED        3416.48          .00              .00
    FELD & KORRUB LLC          DEBTOR ATTY    3,200.00                          781.16
    TOM VAUGHN                 TRUSTEE                                            76.00
    DEBTOR REFUND              REFUND                                              .00

       Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                         RECEIPTS             DISBURSEMENTS
-------------------------------------------------------------------------------
    TRUSTEE                 1,000.00

    PRIORITY                                         .00
    SECURED                                       142.84
    UNSECURED                                        .00
    ADMINISTRATIVE                                781.16
    TRUSTEE COMPENSATION                           76.00
    DEBTOR REFUND                                    .00
                         ---------------    ---------------

                 PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 15608 SANDRA D BLAKELY
```

| | | |
|---|---|---|
| TOTALS | 1,000.00 | 1,000.00 |

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 12/22/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE